JUDGE RAKOFF

08 CV 5614

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

VRITA MARINE CO LTD,

                Plaintiff,        08 CV

-v-

                STATEMENT PURSUANT
                TO F.R.C.P 7.1

SEAGULF TRADING LLC, AL AQILI GROUP, AL
AQILI TRADING, AL AQILI DISTRIBUTION, GULF
CENTRE FOR SOAP AND CHEMICAL INDUSTRIES
LLC, KOOHIJI GROUP, GULF HORIZON INTERNATIONAL
TRADING L.L.C., AL AQILI FURNISHINGS, and AL AQILI
FUTURE TECHNOLOGIES LLC

                Defendants.

-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, VRITA MARINE CO LTD, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
       June 20, 2008

                                CHALOS & CO, P.C.
                                Attorneys for Plaintiff
                                VRITA MARINE CO LTD

        By: _____
                George M. Chalos (GC-8693)
                123 South Street
                Oyster Bay, New York 11771
                Tel: (516) 714-4300
                Fax: (866) 702-4577
                Email: gmc@chaloslaw.com

[Received stamp: JUN 20 2008, U.S.D.C. S.D.N.Y. CASHIERS]