**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone:  (646) 593-8866
Fax:     (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VRITA MARINE CO LTD.<br><br>                    Plaintiff,<br>     -against-<br><br>SEAGULF TRADING LLC, AL AQILI GROUP, AL AQILI TRADING, AL AQILI DISTRIBUTION, GULF CENTRE FOR SOAP AND CHEMICAL INDUSTRIES LLC, KOOHIJI GROUP, GULF HORIZON INTERNATIONAL TRADING LLC, AL AQILI FURNISHINGS, and AL AQILI FUTURE TECHNOLOGIES LLC.<br><br>                    Defendants | ECF CASE<br><br>08 Civ. 5614 (JSR)<br><br>**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)** |

---

Al Aqili Group of Companies, LLC, Al Aqili Trading, Al Aqili Distribution, Gulf Centre for Soap and Chemical Industries, Koohiji Group, Gulf Horizon International Trading LLC, Al Aqili Furnishings and Al Aqili Future Technologies LLC ("Al Aqili"), by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enter a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an

Order dismissing the Verified complaint and vacating the Ex Parte Order for Process of Maritime Attachment against defendants, Al Aqili.

Dated: New York, New York
      July 11, 2008

                                      **LAW OFFICES OF RAHUL WANCHOO**
                                      Attorneys for Defendants, Al Aqili

                                        By: _Rahul Wanchoo_
                                              Rahul Wanchoo (RW-8725)