UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
**VRITA MARINE CO LTD**

                                08 CV 5614 (JSR)

                *Plaintiff,*

v.

**SEAGULF TRADING LLC, AL AQILI GROUP, AL AQILI TRADING, AL AQILI DISTRIBUTION, GULF CENTRE FOR SOAP AND CHEMICAL INDUSTRIES LLC, KOOHIJI GROUP, GULF HORIZON INTERNATIONAL TRADING L.L.C., AL AQILI FURNISHINGS, and AL AQILI FUTURE TECHNOLOGIES LLC.**

                *Defendants.*
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                               ) SS.:
COUNTY OF NASSAU    )

      Katherine N. Christodoulatos, being duly sworn, deposes and says:

      1.      That she is an employee of Chalos & Co, P.C., counsel of record for Plaintiff herein.

      2.      That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Astoria, New York.

      3.      That on June 30, 2008, she served the within Summons, Verified Complaint, Order for Issuance of Process of Maritime Attachment, Process of Maritime Attachment upon and Notice of Attachment, and on July 11, 2008, she served a Supplemental Notice of Attachment upon:

      Al Aqili Group
      Seagulf Trading LLC
      Al Aqili Trading
      Al Aqili Distribution
      Gulf Centre for Soap and Chemical Industries LLC
      Gulf Horizon International Trading L.L.C.
      Al Aqili Future Technologies
      Oud Metha Tower, 10th Floor
      Oud Metha Road
      P.O. Box 1496
      Dubai, United Arab Emirates

| | |
|---|---|
| Koohiji Group | Al Aqili Furnishings |
| Al Abbass Building | Pyramid Center |
| 7th Floor, Block D | 3rd Floor, Office Number 310 |
| Bank Street | Umm Harair Road |
| P.O. Box 51304 | P.O. Box 1558 |
| Dubai, United Arab Emirates | Dubai, United Arab Emirates |

by sending a true copy of the above-listed in secure, postpaid courier parcel directed to the above-mentioned parties at the above-listed addresses, that this being the address designated by these defendants for the purpose of receiving proceeding papers, the place where they then kept an office, and where there then was regular communication by mail.

Sworn to before me this
15th day of July 2008

_____
GEORGE M. CHALOS
Notary Public, State of New York
No. 02CH6015898
Qualified in Nassau County
Commission Expires Nov. 9, 20 10

_____
Katherine N. Christodoulatos