UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VRITA MARINE CO. LTD.<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>SEAGULF TRADING LLC, AL AQILI GROUP, AL AQILI TRADING, AL AQILI DISTRIBUTION, GULF CENTRE FOR SOAP AND CHEMICAL INDUSTRIES LLC, KOOHIJI GROUP, GULF HORIZON INTERNATIONAL TRADING LLC., AL AQILI FURNISHINGS, AND AL AQILI FUTURE TECHNOLOGIES LLC.<br><br>　　　　　　　　Defendants. | ECF CASE<br><br>08 CIV 5614 (JSR)<br><br>**NOTICE OF MOTION** |

SIRS:

　　PLEASE TAKE NOTICE, that Defendants, Al Aqili Group, Al Aqili Trading, Al Aqili Distribution, Gulf Centre For Soap And Chemical Industries LLC, Koohiji Group, Gulf Horizon International Trading LLC., Al Aqili Furnishing, and Al Aqili Future Technologies LLC ("Al Aqili"), by its attorneys Law Offices of Rahul Wanchoo, will move this Court, before the Honorable Judge Rakoff, United States District Court Judge, at the United States Courthouse for the Southern District of New York, on Tuesday, August 12, 2008 at 2:00 p.m., which is the time established by the Court, for an Order vacating or modifying the ex parte order of maritime attachment obtained by the Plaintiff, and for an Order dismissing the Verified Complaint, together with such other, further and different relief as the Court may deem just and proper.

　　PLEASE TAKE FURTHER NOTICE that, as agreed by all appearing counsel, opposing papers, if any, must be served so as to be received by Al Aqili's counsel no

later than August 1, 2008, and that reply papers, if any, must be served so as to be received by Plaintiff no later than August 6, 2008.

Dated: New York, New York
      July 18, 2008

                                 LAW OFFICES OF RAHUL WANCHOO
                                 Attorneys for Defendants, Al Aqili

                                 *Rahul Wanchoo*
                                 Rahul Wanchoo (RW 8725)